```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10144
   RICHARD A CHAPUT
   KAREN H CHAPUT                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4967     SSN XXX-XX-4068


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/06/2007 and was confirmed 08/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
CACV OF COLORADO LLC     UNSEC W/INTER      854.22              .00            .00
CACV OF COLORADO LLC     NOTICE ONLY     NOT FILED              .00            .00
CACV OF COLORADO         NOTICE ONLY     NOT FILED              .00            .00
FORD MOTOR CREDIT        SECURED VEHIC         .00              .00            .00
FORD MOTOR CREDIT        UNSEC W/INTER   10960.41               .00            .00
FORD MOTOR COMPANY       NOTICE ONLY     NOT FILED              .00            .00
FORD CREDIT              NOTICE ONLY     NOT FILED              .00            .00
FORD MOTOR CREDIT        SECURED VEHIC         .00              .00            .00
FORD MOTOR CREDIT        UNSEC W/INTER   11473.66               .00            .00
FORD CREDIT              NOTICE ONLY     NOT FILED              .00            .00
FORD MOTOR CREDIT        NOTICE ONLY     NOT FILED              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG         .00              .00            .00
LITTON LOAN/DEUTSCHE BAN MORTGAGE NOTI   NOT FILED              .00            .00
LITTON LOAN SERVICING    MORTGAGE NOTI   NOT FILED              .00            .00
SUE KURZYDLO             NOTICE ONLY     NOT FILED              .00            .00
AMERICASH LOANS LLC      UNSEC W/INTER    1112.06               .00            .00
CAPITAL ONE              UNSEC W/INTER     938.62               .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE BANK         NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE BANK         NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER     715.62               .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE SERVICES     NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE BANK         UNSEC W/INTER   NOT FILED              .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE              NOTICE ONLY     NOT FILED              .00            .00
CAPITAL ONE SERVICES     NOTICE ONLY     NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     762.46               .00            .00
COMCAST                  UNSEC W/INTER   NOT FILED              .00            .00
COMCAST                  NOTICE ONLY     NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10144 RICHARD A CHAPUT & KAREN H CHAPUT
```

```
COMCAST                    NOTICE ONLY   NOT FILED           .00            .00
COMCAST CABLE              NOTICE ONLY   NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER    446.23           .00            .00
PREMIER BANCARD CHARTER    UNSEC W/INTER    418.56           .00            .00
FIRST PREMIER BANK         NOTICE ONLY   NOT FILED           .00            .00
FIRST PREMIER BANK         NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    UNSEC W/INTER NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    UNSEC W/INTER NOT FILED           .00            .00
HSBC                       NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    UNSEC W/INTER NOT FILED           .00            .00
HSBC NV/CAPITAL ONE BANK   NOTICE ONLY   NOT FILED           .00            .00
HSBC NV/CAPITAL ONE BANK   NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY   NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY   NOT FILED           .00            .00
NICOR GAS                  UNSEC W/INTER    620.69           .00            .00
NICOR GAS                  NOTICE ONLY   NOT FILED           .00            .00
NICOR GAS                  NOTICE ONLY   NOT FILED           .00            .00
PALOS EMERGENCY MEDICAL    UNSEC W/INTER NOT FILED           .00            .00
PALOS COMMUNITY HOSPITAL   NOTICE ONLY   NOT FILED           .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE   4984.11           .00        4984.11
CAVC OF COLORADO           NOTICE ONLY   NOT FILED           .00            .00
FORD MOTOR CREDIT CORPOR   SECURED VEHIC       .00           .00            .00
STATE DISBURSEMENT UNIT    DSO ARREARS   NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSEC W/INTER    944.28           .00            .00
CACV COLORADO LLC          MORTGAGE ARRE     20.00           .00          20.00
FINGERHUT CREDIT ADVANTA   UNSEC W/INTER    940.90           .00            .00
RICHARD L HIRSCH           DEBTOR ATTY     1,474.00                     1,474.00
TOM VAUGHN                 TRUSTEE                                        515.89
DEBTOR REFUND              REFUND                                       1,076.00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   8,070.00

PRIORITY                                           .00
SECURED                                       5,004.11
UNSECURED                                          .00
ADMINISTRATIVE                                1,474.00
TRUSTEE COMPENSATION                            515.89
DEBTOR REFUND                                 1,076.00
                       ---------------    ---------------
TOTALS                    8,070.00            8,070.00


               PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10144 RICHARD A CHAPUT & KAREN H CHAPUT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE